# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| EXCENTUS CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 12-00523-CV-W-BP ) |
| QUIKTRIP CORPORATION, et. al., | ) ) |
| Defendants. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 9th day of September, 2014, the parties herein having filed a Joint Stipulation of Dismissal pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice. Each party to bear its own costs.

AT THE DIRECTION OF THE COURT

Ann Thompson, Clerk of Court
**/s/ Kelly McIlvain**
Deputy Clerk

Date: 9/13/2014